IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JON M. POSTON**                                                              **PLAINTIFF**
**#266535**

v.                   **CASE NO: 4:23-CV-01091 BSM**

**BROWN, et al.**                                                 **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE